# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SAKHORN, | ) Case No. SACV 10-1629-PSG (DTB) |
|                Petitioner, | ) |
|       vs. | ) **J U D G M E N T** |
| HOLDER, et al., | ) |
|                Respondents. | ) |

In accordance with the Order Dismissing Petition as Moot filed herein,

IT IS HEREBY ADJUDGED that Judgment be entered dismissing this action without prejudice.

DATED:  May 17, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1